# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

John O'Neil Johnson Toyota, LLC

                                    Plaintiff,

v.                                                                 Case No.: 1:18−cv−06883
                                                                Honorable Virginia M. Kendall

Gray Television, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Pursuant to Docket 631 in 18 C 6785, case is voluntarily dismissed without prejudice. MDL member case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.